# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 22, 2022

Lyle W. Cayce
Clerk

No. 22-10213
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Rene Valenzuela,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-155-14

_____

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Rene Valenzuela has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valenzuela has filed a letter in which he plainly states his desire to withdraw

_____

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10213

his appeal.  Valenzuela's motion for voluntary dismissal is GRANTED, counsel's motion to withdraw is DENIED AS MOOT, and the appeal is DISMISSED. *See* Fed. R. App. P. 42(b); 5th Cir. R. 42.1.